The Honorable Richard A. Jones

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MAKSIM MAIBUROV,<br><br>Defendant. | No.  2:09-cr-00238-RAJ<br><br>ORDER OF DISMISSAL |

This matter comes before the Court upon the notice of the United States for leave to dismiss all pending charges in this matter as to fugitive Defendant MAKSIM MAIBUROV, Defendant.

IT IS HEREBY ORDERED:

All pending counts in the above-captioned case against the above-captioned Defendant are dismissed, without prejudice.

//
//
//
//
//

ORDER OF DISMISSAL -- 1
*U.S. v. Maiburov*, 2:09-cr-00238-RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

The outstanding warrants shall be quashed.

DATED this 5th day of August, 2022.

_____
RICHARD A. JONES
UNITED STATES DISTRICT COURT JUDGE

Presented by:

*/s/ Catherine L. Crisham*
CATHERINE L. CRISHAM
Assistant United States Attorney

*ORDER OF DISMISSAL -- 2*
*U.S. v. Maiburov*, 2:09-cr-00238-RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970